IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JERRELL JACKSON,<br>                  Defendant. | **8:22-CR-47**<br><br>**ORDER** |

This matter is before the Court on the Government's Motion to Dismiss, Filing 430, seeking dismissal of the defendant's Petition for Warrant or Summons for Offender Under Supervision, Filing 414. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to Dismiss, Filing 430, is granted, and the Petition for Warrant or Summons for Offender Under Supervision, Filing 414, is dismissed.

Dated this 22nd day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge